# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2054

_____

| | | |
|---|---|---|
| Bonnie Sarrels, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| Larry G. Massanari,[1] | * | |
| Acting Commissioner, Social | * | [UNPUBLISHED] |
| Security Administration, | * | |
| | * | |
| Appellee, | * | |

_____

Submitted: October 15, 2001
Filed: October 18, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

_____

[1]Larry G. Massanari has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c)(2).

Bonnie Sarrels appeals the district court's[2] decision upholding the Commissioner's denial of her applications for disability insurance benefits and supplemental security income. For the reasons explained in the district court's order, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable John F. Forster, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).